UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY AKSELROD,<br><br>                Plaintiff,<br><br>    v.<br><br>HOOZIP INC,<br><br>                Defendant. | CASE NO. 2:20-cv-01772-RAJ-BAT<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND JOINDER AND AMENDMENT DEADLINES** |

Based on the parties' Stipulation (Dkt. 20) and for good cause shown, it is **ORDERED** that the Order Setting Pretrial Schedule (Dkt. 19) is amended; the deadline to join additional parties and amend pleadings is extended to **June 21, 2021**.

Dated this 1st day of June, 2021.

                                                  BRIAN A. TSUCHIDA
                                                  United States Magistrate Judge