THE HONORABLE BRIAN A. TSUCHIDA

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10

GREGORY AKSELROD, on behalf of himself
and all others similarly situated,

                    Plaintiff,

        vs.

HOOZIP, INC. d/b/a REIRAIL,

                    Defendant.

NO. 2:20-cv-01772-RAJ-BAT

**STIPULATED NOTICE OF
PLAINTIFF'S DISMISSAL OF ALL
CLAIMS WITHOUT PREJUDICE**

NOTE ON MOTION CALENDAR:
July 14, 2021

11
12
13
14
15
16
17

        The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), hereby stipulate to Plaintiff's dismissal of all claims against Defendant without

prejudice.

        RESPECTFULLY SUBMITTED AND DATED this 14th day of July, 2021.

18
19
20
21
22
23
24
25
26
27

**TURKE & STRAUSS LLP**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

1

2

/s/ Samuel J. Strauss, WSBA #46971

/s/ Joshua Briones, *Admitted Pro Hac Vice*

3

Samuel J. Strauss, WSBA #46971
TURKE & STRAUSS

Joshua Briones, *Admitted Pro Hac Vice*
Kathryn L. Ignash, *Admitted Pro Hac Vice*

4

936 North 34th Street, Suite 300
Seattle, Washington 98103-8869

MINTZ LEVIN COHN FERRIS
   GLOVSKY AND POPEO P.C.

5

Telephone: (608) 237-1775
Fascimile:  (608) 509-4423

2029 Century Park East, Suite 3100
Los Angeles, California 90067

6

Email: sam@turkestrauss.com

Telephone: (310) 586-3200
Email: jbriones@mintz.com

7

Anthony Paronich (*Admitted Pro Hac Vice*)

Email: klignash@mintz.com

8

PARONICH LAW
350 Lincoln Street Suite 2400

R. Omar Riojas, WSBA # 35400

9

Hingham, Massachusetts 02043
Telephone: (617) 485-0018

GOLDFARB & HUCK ROTH
   RIOJAS, PLLC

10

Email: anthony@paronichlaw.com

925 4th Avenue, Suite 3950
Seattle, Washington 98104

11

*Attorneys for Plaintiff*

Telephone: (206) 452-0260
Email: riojas@goldfarb-huck.com

12

13

*Attorneys for Defendant Hoozip, Inc.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED NOTICE OF PLAINTIFF'S DISMISSAL OF
ALL CLAIMS WITHOUT PREJUDICE - 2
Case No. 3:21-cv 05093-DWC

**TURKE & STRAUSS LLP**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

**CERTIFICATE OF SERVICE**

I, Samuel J. Strauss, hereby certify that on July 14, 2021, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification

of such filing to the following:

> Joshua Briones, *Admitted Pro Hac Vice*
> Kathryn L. Ignash, *Admitted Pro Hac Vice*
> MINTZ LEVIN COHN FERRIS
> GLOVSKY AND POPEO P.C.
> 2029 Century Park East, Suite 3100
> Los Angeles, California  90067
> Telephone: (310) 586-3200
> Email: jbriones@mintz.com
> Email: klignash@mintz.com
>
> R. Omar Riojas (WSBA No. 35400)
> GOLDFARB & HUCK ROTH RIOJAS, PLLC
> 925 4th Avenue, Suite 3950
> Seattle, Washington  98104
> Telephone: (206) 452-0260
> Email: riojas@goldfarb-huck.com
>
> *Attorneys for Defendant*

DATED this 14th day of July, 2021.

> TURKE & STRAUSS LLP
>
> By:   /s/ Samuel J. Strauss, WSBA #46971
>      Samuel J. Strauss, WSBA #46971
>      Email:  sam@turkestrauss.com
>      936 North 34th Street, Suite 300
>      Seattle, Washington  98103-8869
>      Telephone: (608) 237-1775
>      Facsimile:  (608) 509-4423
>
> *Attorneys for Plaintiff*

STIPULATED NOTICE OF PLAINTIFF'S DISMISSAL OF
ALL CLAIMS WITHOUT PREJUDICE - 3
Case No. 3:21-cv 05093-DWC

**TURKE & STRAUSS LLP**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com